UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY R KAMALEDDIN,<br><br>            Plaintiff,<br><br>   v.<br><br>ANTHONY HEDGPETH et al,<br><br>            Defendant. | Case Number: CV11-01886 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ray R. Kamaleddin
G-28948
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: November 28, 2011

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk